**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN VASQUEZ,<br>Plaintiff,<br><br>v.<br><br>SWEETWATER UNION HIGH DISTRICT,<br>Defendant. | Case No. 26-cv-03483-BAS-AHG<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Plaintiff has failed to serve his Complaint on Defendants. Therefore, the Court ordered Plaintiff to show cause by October 27, 2026, as to why this case should not be dismissed under Federal Rule of Civil Procedure 4(m) and this Court's inherent authority. (ECF No. 6.) Plaintiff has not done so. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action. *See* Fed. R. Civ. P. 4(m); *Link v. Wabash R.R.*, 370 U.S. 626, 630–31 (1962). The Court **DIRECTS** the Clerk of Court to close this action.

**IT IS SO ORDERED.**

**DATED: November 6, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**